IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARBARA J. PARENZAN,** : **Plaintiff** : : v. : : **NANCY A. BERRYHILL,** : **Acting Commissioner of the** : **Social Security Administration,** : **Defendant** : | **No. 3:16cv489** **(Judge Munley)** **(Magistrate Judge Carlson)** |

## **ORDER**

**AND NOW**, to wit, this 31st day of March 2017, it is hereby **ORDERED** as follows:

1. The defendant's objection to the Report and Recommendation (Doc. 18) is **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Judge Martin C. Carlson (Doc. 17) is **ADOPTED**;

3. Plaintiff Barbara J. Parenzan's (hereinafter "plaintiff") appeal is **GRANTED** and the Commissioner of Social Security's decision denying plaintiff's application for disability insurance and supplemental security income benefits is **VACATED**;

4. The Clerk of Court is directed to enter judgment in favor of plaintiff and against the defendant; and

5. The Clerk of Court is further directed to **REMAND** this case to the Commissioner of Social Security for further proceedings consistent with the foregoing Memorandum and to close this case.

        **BY THE COURT**

        **s/ James M. Munley**
        **JUDGE JAMES M. MUNLEY**
        **United States District Court**